Thrifti-Pak Home Appliances, Inc., Plaintiff-Appellee, v. Tony Kowalczyk and Mrs. F. Kowalczyk, Defendants-Appellants.

Gen. No. 47,708. 

First District, First Division.
September 14, 1959.
Released for publication October 19, 1959.

Edward J. Paluch, for defendants-appellants; Gilbert L. Berman, for plaintiff-appellee. Opinion by PRESIDING JUSTICE DEMPSEY. Not to be published in full.